**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT MAZZONI,<br><br>   Plaintiff,<br><br>       v.<br><br>ANDREW J. JARBOLA, LACKAWANNA COUNTY, LACKAWANNA COUNTY DISTRICT ATTORNEY'S OFFICE, and LACKAWANNA COUNTY DETECTIVES ASSOCIATION,<br><br>   Defendants. | CIVIL ACTION NO. 3:11-CV-2244<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this ___11th___ day of June, 2012, **IT IS HEREBY ORDERED** that Defendant Lackawanna County Detectives Association's Motion to Dismiss (Doc. 9) is **DENIED.**

                                                            /s/ A. Richard Caputo
                                                            A. Richard Caputo
                                                            United States District Judge